## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| The Northwestern Mutual Life Insurance Company, a Wisconsin corporation, | ) ) ) | |
| | ) | **ORDER  FOR ADMISSION** |
| Plaintiff, | ) | **PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Arnold Truax, Glen Truax, Ronald Truax, Gary Truax, Julie Kay Haakenson, Carrie Knudson, Paul A. Truax, Diane M. Dizayee, Nancy Secker, Tom Truax, | ) ) ) ) | Case No. 1:06-cr-006 |
| | ) | |
| Defendants. | ) | |

_____

Before the court is Robert John Berger's  Motion for Attorney Paul Collins to appear Pro

Hac Vice on his behalf. In accordance with Local Rule 79.1(D), Mr. Collins has affirmed to submit

to the Local Rules of the United States District Court for the District of North Dakota and to the

jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the

office of the clerk.  Accordingly, Robert John Berger's motion (Docket No. 28) is **GRANTED**.  Paul

Collins is admitted to practice before this court in the above-entitled action on behalf of the Robert

John Berger .

**IT IS SO ORDERED.**

Dated  this 26th day of May, 2006.


/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge