**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| The Northwestern Mutual Life Insurance Company, a Wisconsin corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE STIPULATION TO DISBURSE FUNDS** |
| vs. | ) ) ) | |
| Arnold Truax, Glen Truax, Ronald Truax, Gary Truax, Julie Kay Haakenson, Carrie Knudson, Paul A. Truax, Diane M. Dizayee, Nancy Secker, Tom Truax, | ) ) ) ) ) | Case No. 1:06-cr-006 |
| Defendants. | ) | |

On October 20, 2006, the parties filed a Stipulation to Disburse Funds currently on deposit with the court. The court **GRANTS** the parties' stipulation (Docket No. 49). The Clerk of Court shall make arrangements to withdraw the balance of the funds and issue a check to Bormann and Myerchin, LLP, P.O. Box 995, Bismarck, ND 55802-0995, for the principle and interest in the account, less 10% of the earned interest which the court shall retain as its registry fee.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge